PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIOMA ANICHE, | CASE NO.  2:24-CV-01532-CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF |
| v. | |
| UR MENDOZA JADDOU, ET AL., | |
| Defendants. | |

1

Defendants respectfully request a first extension of time in which to file a brief in reply to Plaintiff's opposition brief (ECF 11), and counsel for Plaintiff does not oppose.  The parties therefore stipulate that the new date for Defendants to file their brief in reply to Plaintiff's opposition brief (ECF 11) is October 18, 2024.

Respectfully submitted,

Dated:  September 23, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: September 23, 2024

By:  /s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered. Defendants shall file their brief in reply to Plaintiff's opposition brief on or before October 18, 2024. In addition, on the court's own motion, the hearing on this matter set to take place on October 23, 2024, is reset to November 13, 2024, at 10:00 a.m.

Dated:  September 25, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
anic24cv1532.stip.oppo

2